■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. AILEEN GARFIELD RONESS, Respondent, against WALTER JOHN RONESS, Appellant.— Appeal from

an order sustaining a writ of habeas corpus, awarding custody of a child to respondent, his mother, and granting rights of visitation as to said child and his brother to appellant, their father. Order unanimously affirmed, without costs. No opinion. Present — Nolan, P. J., Wenzel, Ughetta, Hallinan and Kleinfeld, JJ.